ocnfpln (04/23)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

Michael D White and Sonja L White
Debtor(s)

Bankruptcy Proceeding No.  24−80136−BSK
Chapter  12

**Order Confirming Chapter 12 Plan**

Order Confirming Chapter 12 Plan (RE: related document(s)[127] Amended Chapter 12 Plan filed by Debtor Michael D White, Joint Debtor Sonja L White). The plan was properly noticed and served as required by the court's local rules. No resistance/objection was timely filed. The plan is confirmed.

Dated:  2/26/25

BY THE COURT:

/s/ Brian S. Kruse
     Judge

Copies served by the court on all parties in interest.