IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

In re:  MICHAEL D WHITE,                             Case No. BK 24-80136
       SONJA L WHITE,

        Debtor(s).                                              Chapter 12

### OBJECTION TO CLAIM OF THE COOPERATIVE FINANCE ASSOCIATION, INC

COME(S) NOW the Debtor(s), by and through their attorney, John A. Lentz, and hereby objects to the Proof of Claim, filed by The Cooperative Finance Association, Inc. ("Creditor"), on April 18, 2024, and recorded on the ECF system as claim number 8, for the following reasons and each of them:

1. Creditor's claim indicates it is secured in crops, equipment, farm products, and livestock;
2. On the date of petition (02/28/2024), Debtor held 2023 crops and had yet to plant for 2024. All 2023 crops were encumbered by a first position operating lien held by Agrifund/ARM, and a 2nd position by virtue of subordination held by Bank of the Valley. The claim of ARM alone exceeded the value of crops produced for 2023. Thus, no value was present for Creditor's claim to attach to;
3. The only other farm products Debtors held on date of petition was hay with a value of $43,750.00, which was secured by Bank of the Valley's superior lien. Thus, no lien by Creditor attached to farm products;
4. Debtors held $1.687m in equipment on date of filing. This too was fully encumbered by Bank of the Valley's superior lien (owed $2.076m). In addition, this Court approved Debtors' motion to sell all equipment, which avoided Bank of the Valley's pending motion for relief from the automatic stay at the time-addressed via stipulation. This Court approved said stipulation/Joint Motion to Approve Compromise with no objection by Creditor. Thus, Creditor's lien attached to no value in equipment on the date of petition, as is clear by the actions of the parties post-petition.
5. It is clear, Creditor's claim attached to no value on the date of petition, give prior perfected liens on the same property claimed by Creditor in its claim.

WHEREFORE Debtor(s) pray(s) that Creditor's Proof of Claim, filed on April 18, 2024 as Claim No. 8 be amended to reflect a claim for a secured amount of $0.00 an unsecured priority amount of $0.00, and a general unsecured amount of $22,886.04.

                                                Michael D. White & Sonja L. White, Debtor(s).

By:   /s/ John A. Lentz
        John A. Lentz, #24420
        Lentz Law, PC, LLO
        650 J St., STE 215B
        Lincoln, NE 68508
        (402) 421-9676
        john@johnlentz.com
        Attorney for Debtor(s)

## NOTICE OF RESISTANCE DATE

YOU AND EACH OF YOU ARE HEREBY NOTIFIED, pursuant to Neb. R. Bankr. P. 9013, that on July 15, 2025, the undersigned filed an Objection To Claim of Internal Revenue Service in the above-entitled case in the office of the Clerk of the U.S. Bankruptcy Court.  Any resistance or request for hearing on said motion must be filed and served by **August 14, 2025.**  Pursuant to Local Rule 9013, any resistance or objection to said motion shall set forth the specific factual and legal basis for the objection/resistance and conclude with a particular request for relief.  If the resistance period expires without the filing of any resistance or request for hearing, the Court will consider entering an order granting the relief sought without further hearing.  If a timely resistance or request for hearing is filed and served, the Clerk will schedule a hearing.

## NOTICE OF OBJECTION TO CLAIM

Debtor(s) has/have filed an objection to your claim in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED**.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the Court to eliminate or change your claim, then on or before **August 14, 2025,** you or your lawyer must:

> File with the Court a written response to the objection, explaining your position, at:
> United States Bankruptcy Court for the District of Nebraska
> 460 Robert V. Denney Federal Building
> United States Courthouse
> 100 Centennial Mall North
> Lincoln, NE  68508
>     or
> United States Bankruptcy Court for the District of Nebraska
> Roman L. Hruska
> United States Courthouse
> 111 South 18th Plaza
> Suite 1125
> Omaha, NE  68102

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.
You must also send a copy to:

> John A. Lentz
> Lentz Law, PC, LLO
> 650 J St., STE 215B
> Lincoln, NE 68508

Attend the hearing on the objection yet to be set by the Court-contact the court to determine when the hearing is set.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date:  07/15/2025               By:      /s/ John A. Lentz
                                         John A. Lentz, #24420
                                         Lentz Law, PC, LLO
                                         650 J St., STE 215B

                                                        Lincoln, NE 68508
                                                        (402) 421-9676
                                                        john@johnlentz.com
                                                        Attorney for Debtor(s)

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the foregoing Objection to Claim, Notice of Resistance Date and Notice of Objection to Claim was served by mailing copies of same, by first class United States mail, postage prepaid, this 15th  day of July, 2025, to:

The Cooperative Finance Association, Inc.
11500 N. Ambassador Dr.
STE 300
Kansas City, MO 64153

The Cooperative Finance Association, Inc.
R/A:  CSC Lawyers Incorp. Service
221 Bolivar Street
Jefferson City, MO 65101

The Cooperative Finance Association, Inc.
ATTN:  CEO, ROSS JOHNSON
11500 N. Ambassador Dr.
STE 300
Kansas City, MO 64153


***The undersigned relies on the ECF system to provide notice to the Office of the United States Trustee and James A. Overcash, Chapter 12 Trustee***

                                          /s/ John A. Lentz
                                        John A. Lentz